**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

DISTRICT OF MAINE

Case number *(if known)* _____   Chapter   **11**

☐ Check if this is an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/25

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Maxx Hauling LLC** |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | **DBA Seacoast Paving** |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **86-1476292** |

| | | |
|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** <br><br> **61 Norwood Farms Rd** <br> **York, ME 03909** <br> Number, Street, City, State & ZIP Code <br><br> **York** <br> County | **Mailing address, if different from principal place of business** <br><br> P.O. Box, Number, Street, City, State & ZIP Code <br><br> **Location of principal assets, if different from principal place of business** <br> **225 Banfield Rd Portsmouth, NH 03801** <br> Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br> ☐ Partnership (excluding LLP) <br> ☐ Other. Specify: _____ |

Debtor  **Maxx Hauling LLC**                                          Case number (*if known*) _____
        Name

**7.  Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
   http://www.uscourts.gov/four-digit-national-association-naics-codes.

   _____2373_____

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. *Check **all** that apply*:

    ☒ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

    ☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☒ No.
☐ Yes.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☒ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____                          Relationship _____
District _____  When _____  Case number, if known _____

Debtor   **Maxx Hauling LLC**
Name

Case number (*if known*) _____

**11. Why is the case filed in** *this district?*

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

Contact name _____

Phone _____

---

## Statistical and administrative information

**13. Debtor's estimation of available funds**   .

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☒ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☒ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☒ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor   **Maxx Hauling LLC**                                    Case number (*if known*) _____
Name

| | |
|---|---|
| | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **August 10, 2026**
                    MM / DD / YYYY

**X** **/s/   Andrew J. Binette** _____        **Andrew J. Binette** _____
Signature of authorized representative of debtor        Printed name

Title   **President** _____

---

**18. Signature of attorney**    **X** **/s/ Adam Prescott** _____        Date   **August 10, 2026** _____
Signature of attorney for debtor                    MM / DD / YYYY

**Adam Prescott** _____
Printed name

**Bernstein, Shur, Sawyer & Nelson, P.A.** _____
Firm name

**100 Middle Street**
**Portland, ME 04101**
Number, Street, City, State & ZIP Code

Contact phone _____    Email address   **aprescott@bernsteinshur.com** _____

**ME** _____
Bar number and State

**Fill in this information to identify the case:**

Debtor name    **Maxx Hauling LLC**

United States Bankruptcy Court for the:    DISTRICT OF MAINE

Case number (if known)

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.   Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime.   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.   18 U.S.C. §§ 152, 1341, 1519, and 3571.**

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **August 10, 2026**       **X** **/s/   Andrew J. Binette**
                                            Signature of individual signing on behalf of debtor

                                            **Andrew J. Binette**
                                            Printed name

                                            **President**
                                            Position or relationship to debtor

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Fill in this information to identify the case:

Debtor name **Maxx Hauling LLC**

United States Bankruptcy Court for the: **DISTRICT OF MAINE**

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).   Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Alliance Funding 18231 Irvine Blvd Tustin, CA 92780** | | **2018 Kenworth T660 Dump Truck** | | **Unknown** | **Unknown** | **Unknown** |
| **Alliance Funding 18231 Irvine Blvd Tustin, CA 92780** | | **2018 Leeboy 8520** | | **Unknown** | **Unknown** | **Unknown** |
| **Camden National Bank 245 Commercial Street Rockport, ME 04856** | | **Year: 2005 Make: Chevrolet Model: 8500 Dump Truck** | | **Unknown** | **Unknown** | **Unknown** |
| **Camden National Bank 245 Commercial Street Rockport, ME 04856** | | **2025 Leeboy 8608 Asphalt Paver** | | **Unknown** | **Unknown** | **Unknown** |
| **Capital One 1680 Capital One Drive Mc Lean, VA 22102** | | **Credit Card** | | | | **$1,000.00** |
| **Discover Financial Services 2500 Lake Cook, Rd Riverwoods, IL 60015** | | **Credit Card** | | | | **$13,000.00** |
| **JP Morgan Chase 270 Park Avenue New York, NY 10017** | | **Chase Ink Credit Card** | | | | **$16,000.00** |
| **Katadhin Trust Company PO Box 36 Houlton, ME 04730** | | **2018 Better Built Trailer** | | **Unknown** | **Unknown** | **Unknown** |

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor  **Maxx Hauling LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **M&T Bank**<br>  **Legal Document Processing**<br>**P.O. Box 844**<br><br>**Buffalo, NY 14240** | | **Year: 2023 Make: Chevrolet Model: Silverado 6500 HD** | | **$59,394.00** | **$54,980.00** | **$4,414.00** |
| **M&T Bank**<br>  **Legal Document Processing**<br>**P.O. Box 844**<br><br>**Buffalo, NY 14240** | | **Year: 2021 Make: Chevrolet Model: Silverado 2500 HD** | | **$37,896.00** | **$20,100.00** | **$17,796.00** |
| **NBT Bank**<br>**52 South Broad Street**<br>**Norwich, NY 13815** | | **Year: 2022 Make: GMC Model: 2500 HD** | | **$52,678.00** | **$24,900.00** | **$27,778.00** |
| **Salem Co-Op Bank**<br>**3 South Broadway, PO Box 67**<br>**Salem, NH 03079** | | **Year: 2021 Make: Chevrolet Model: Silverado1500** | | **$23,267.00** | **$11,050.00** | **$12,217.00** |
| **United Asphalt, Inc.**<br>**15 Hannaford Drive**<br>**York, ME 03909** | | **Potential Liability for Final Judgment** | | | | **$0.00** |
| **Wacker Neuson Finance**<br>**P.O. Box 609**<br>**Cedar Rapids, IA 52406** | | **Wacker Neuson RD L -90 Roller** | | **Unknown** | **Unknown** | **Unknown** |
| **Wells Fargo Bank**<br>**333 Market Street**<br>**San Francisco, CA 94105** | | **Year:2021 Make: Chevrolet Model: 2500 HD** | | **Unknown** | **Unknown** | **Unknown** |
| **Wells Fargo Vendor Financial Services**<br>**P.O. Box 35701**<br>**Billings, MT 59107** | | **2025 Bobcat Skid Steer T76** | | **Unknown** | **$70,000.00** | **Unknown** |

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

# United States Bankruptcy Court
## District of Maine

In re  **Maxx Hauling LLC**

_____
Debtor(s)

Case No. _____

Chapter  **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Andrew J. Binette**<br>**61 Norwood Farms Rd**<br>**York, ME 03909** | | **100%** | **Membership Interest** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **August 10, 2026**
_____

Signature  **/s/  Andrew J. Binette**
_____
**Andrew J. Binette**

_Penalty for making a false statement of concealing property:_ Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## District of Maine

In re   **Maxx Hauling LLC**

Debtor(s)

Case No. _____

Chapter    **11**  _____

## CERTIFICATION OF CREDITOR MATRIX

I hereby certify that the attached matrix, consisting of __2__ pages, includes the names and addresses of all creditors listed on the debtor's schedules.

Date:   August 10, 2026 _____        /s/ Andrew J. Binette _____

Signature of Debtor

Alliance Funding
18231 Irvine Blvd
Tustin, CA 92780

Andrew J. Binette
61 Norwood Farms Rd
York, ME 03909

Camden National Bank
245 Commercial Street
Rockport, ME 04856

Camden National Bank
P.O. Box 310
Camden, ME 04843

Capital One
1680 Capital One Drive
Mc Lean, VA 22102

Capital One
PO Box 71087
Charlotte, NC 28272

Chase Card Services
P.O. Box 15298
Wilmington, DE 19850

Corporation Service Company,
As Representative
P.O. Box 2576
Springfield, IL 62708

Discover
Capital One
PO Box 71083
Charlotte, NC 28272-1083

Discover
PO Box 30416
Salt Lake City, UT 84130

Discover Financial Services
2500 Lake Cook, Rd
Riverwoods, IL 60015

Discover Financial Services
2500 lake Cook, Rd
Riverwoods, IL 60015-3851

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

JP Morgan Chase
270 Park Avenue
New York, NY 10017


Katadhin Trust Company
PO Box 36
Houlton, ME 04730


M&T Bank
Legal Document Processing
P.O. Box 844
Buffalo, NY 14240


Maine Department of Revenue
P.O. Box 1060
Augusta, ME 04332-1060


NBT Bank
52 South Broad Street
Norwich, NY 13815


Ricci Construction, LLC
74 River Road
Portsmouth, NH 03801


Salem Co-Op Bank
3 South Broadway, PO Box 67
Salem, NH 03079


Town of York Tax Collector
186 York Street
York, ME 03909


United Asphalt, Inc.
15 Hannaford Drive
York, ME 03909


Wacker Neuson Finance
P.O. Box 609
Cedar Rapids, IA 52406


Wells Fargo Bank
333 Market Street
San Francisco, CA 94105


Wells Fargo Vendor Financial Services
P.O. Box 35701
Billings, MT 59107