# United States Bankruptcy Court
## District of Maine

In re   **Maxx Hauling LLC**

Debtor(s)

Case No.   **26-20256**

Chapter   **11**

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Maxx Hauling LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Andrew J. Binette (100%)**

August 10, 2026

Date

/s/ Adam Prescott

**Adam Prescott**

Signature of Attorney or Litigant

Counsel for   **Maxx Hauling LLC**

**Bernstein, Shur, Sawyer & Nelson, P.A.**

**100 Middle Street**
**Portland, ME 04101**
 **Fax:**
**aprescott@bernsteinshur.com**