**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MAINE**

In re:

MAXX HAULING LLC.,

Debtor.[1]

Chapter 11

Case No. 26-20256

## STATEMENT OF DEBTOR REGARDING SECTION 1116 DOCUMENTS

Pursuant to 11 U.S.C. § 1116, I, Andrew Binette, hereby swear under penalty of perjury that the Debtor in the above-captioned matter, Maxx Hauling LLC., does not maintain and has not prepared a "statement of operations" or "cash flow statement" or "balance sheet" in the ordinary course.

Dated: August 10, 2026             **MAXX HAULING LLC**


/s/ *Andrew Binette*
By: Andrew Binette
Its: Shareholder and Authorized Party

---

[1] The last four digits of Maxx Hauling LLC's federal taxpayer identification number are 6292, and its principal place of business is 61 Norwood Farms Road, York, Maine 03909.