**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MAINE**

|  |  |
|---|---|
| In re:<br><br>MAXX HAULING LLC.,<br><br>    Debtor.[1] | Chapter 11<br><br>Case No. 26-20256 |

**CERTIFICATE OF SERVICE**

I, Lyndia Titus, being over the age of eighteen and an employee of Bernstein, Shur, Sawyer & Nelson, P.A., in Portland, Maine, hereby certify that on August 10, 2026, the *Motion of the Debtor for Entry of an Order (A) Compelling Camden National Bank, Alliance Funding, and Wells Fargo to Turn Over Property of the Estate; and (B) Granting Expedited Determination* [Dkt. No. 5] ("**Motion**"), was filed via the Court's CM/ECF electronic filing system ("**CM/ECF**"), which sent notice to all parties receiving notification through CM/ECF.

I further certify that on August 11, 2026, the Court entered its *Order Setting Expedited Hearing* [Dkt. No. 6], which sent notice to all parties receiving notification through CM/ECF.

I further certify that on August 11, 2026, the Debtor filed the *Notice of Expedited Hearing* [Dkt. No. 8], which sent notice to all parties receiving notification through CM/ECF.

I further certify on that August 11, 2026, the Motion, Order Setting Expedited Hearing, and Notice of Expedited Hearing were served via electronic mail or facsimile upon the parties as indicated on the attached Service List.

I further certify that on August 11, 2026, I caused to be mailed the Motion, Order Setting Expedited Hearing, and Notice of Expedited Hearing upon the parties set forth in the attachment hereto via overnight U.S. Mail.

---

[1] The last four digits of Maxx Hauling LLC federal taxpayer identification number is 6292, and its principal place of business is 61 Norwood Farms Road, York, Maine 03909.

Dated: August 11, 2026

/s/ Lyndia Titus
Lyndia Titus
Bernstein, Shur, Sawyer & Nelson, PA
100 Middle Street
PO Box 9729
Portland, Maine 04104
Telephone: (207) 774-1200

## <u>SERVICE LIST</u>

**The Motion, Order Setting Expedited Hearing, and Notice of Expedited Hearing were served upon the following parties via electronic mail or facsimile on August 11, 2026:**

| CREDITOR | EMAIL/FAX |
|---|---|
| Camden National Bank | abutler@camdennational.bank; cbergen@camdennational.bank; info@camdennational.bank |
| Alliance Funding Group | bknox@afg.com |
| Wells Fargo Bank | HLBKPOC@wellsfargo.com |
| Office of the U.S. Trustee | Ann.marie.dirsa@usdoj.gov; Sandra.nicholls@usdoj.gov; |
| Internal Revenue Service | Scott.miller@irs.gov; 18553839723@fax.bssn.com; |
| Maine Revenue Services | compliancebk.mrs@maine.gov; john.burke@maine.gov; corporate.tax@maine.gov; Thomas.A.Knowlton@maine.gov; |

**The Motion, Order Setting Expedited Hearing, and Notice of Expedited Hearing were served via overnight U.S. Mail on August 11, 2026, on the parties listed on the attached list:**

Alliance Funding Group
Attn: Brian Knox
18231 Irvine Blvd
Tustin, CA 92780-3432

Camden National Bank
245 Commercial Street
Rockport, ME 04856-5909

Camden National Bank
P.O. Box 310
Camden, ME 04843-0310

Capital One
PO Box 71087
Charlotte, NC 28272-1087

Corporation Service Company, As
Representative
P.O. Box 2576
Springfield, IL 62708-2576

Discover Capital
One PO Box 71083
Charlotte, NC 28272-1083

Discover Financial Services LLC
P.O. Box 3025
New Albany, OH 43054-3025

JP Morgan Chase
270 Park Avenue
New York, NY 10017-2014

M&T BANK
Legal Processing
626 Commerce Drive
Amherst NY 14228-2307

Katadhin Trust Company
PO Box 36
Houlton, ME 04730

NBT Bank NA
52 South Broad Street
Norwich, NY 13815-1699

Salem Co-Op Bank
3 South Broadway,
PO Box 67
Salem, NH 03079-0067

United Asphalt, Inc.
15 Hannaford Drive
York, ME 03909-1667

Wacker Neuson Finance
P.O. Box 609
Cedar Rapids, IA 52406-0609

Wells Fargo Bank
333 Market Street
San Francisco, CA 94105-2102

Wells Fargo Vendor Financial
Services
P.O. Box 35701
Billings, MT 59107-5701