**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MAINE**

In re:

MAXX HAULING, LLC,

Debtor.[1]

Chapter 11

Case No. 26-20256

**ORDER GRANTING MOTION OF THE DEBTOR FOR ENTRY OF AN ORDER COMPELLING CAMDEN NATIONAL BANK, ALLIANCE FUNDING, AND WELLS FARGO TO TURN OVER PROPERTY OF ESTATE**

Upon the *Motion of the Debtor for Entry of an Order Compelling Camden National Bank, Alliance Funding, and Wells Fargo to Turn Over Property of the Estate* [Docket No. 5] (the "**Motion**") filed by the Debtor;[2] and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334(b); and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), and venue in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that proper and adequate notice of the Motion has been given and that no other or further notice is necessary under the circumstances; and good and sufficient cause appearing therefore, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that:

1. The Motion is **GRANTED** as set forth herein.

2. CNB shall, within twenty-four (24) hours of entry of this Order, deliver the CNB Equipment to the Debtor or otherwise make the CNB Equipment available for the Debtor to pick up at a reasonable location.

---

[1] The last four digits of Maxx Hauling LLC's federal taxpayer identification number are 6292, and its principal place of business is 61 Norwood Farms Road, York, Maine 03909.

[2] Capitalized terms used, but not defined herein, shall have the meaning ascribed to such term in the Motion.

2.      With the consent of CNB, CNB shall make the CNB Equipment available for the Debtor to recover at its current location in Hermon, Maine, including facilitating access from Central Maine Auto Auction as needed.  CNB reserves all rights as to the CNB Equipment and its claims related thereto, including as to adequate protection.

3.      Alliance shall, within twenty-four (24) hours of entry of this Order, deliver the Alliance Equipment to the Debtor or otherwise make the Alliance Equipment available for the Debtor to pick up at a reasonable location.

4.      Wells Fargo shall, within twenty-four (24) hours of entry of this Order, deliver the WF Equipment to the Debtor or otherwise make the WF Equipment available for the Debtor to pick up at a reasonable location

5.      This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Dated:                                                    _____

Michael A. Fagone
United States Bankruptcy Judge
District of Maine

2

| Summary report: Litera Compare for Word 11.11.0.158 Document comparison done on 8/13/2026 10:05:19 AM | |
|---|---|
| **Style name:** Default Style | |
| **Intelligent Table Comparison:** Active | |
| **Original DMS:** iw://work.bssn.com/worksite_active/22234001/2 - Maxx Hauling - Turnover Motion - Draft - order.docx | |
| **Modified DMS:** iw://work.bssn.com/worksite_active/22234001/3 - Maxx Hauling - Turnover Motion - revised order.docx | |
| **Changes:** | |
| Add | 4 |
| Delete | 3 |
| Move From | 0 |
| Move To | 0 |
| Table Insert | 0 |
| Table Delete | 0 |
| Table moves to | 0 |
| Table moves from | 0 |
| Embedded Graphics (Visio, ChemDraw, Images etc.) | 0 |
| Embedded Excel | 0 |
| Format changes | 0 |
| **Total Changes:** | 7 |