**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| In re:<br><br>MAXX HAULING LLC,<br><br>Debtor.[1] | Chapter 11<br><br>Case No. 26-20256 |

**DEBTOR'S NOTICE OF WITHDRAWAL OF REMAINING RELIEF AS**
**<u>TO WELLS FARGO AND CANCELLATION OF HEARING</u>**

Maxx Hauling LLC (the "**Debtor**), by and through undersigned proposed counsel, provides notice with respect to the *Debtor's Motion for Entry of an Order (A) Compelling Camden National Bank, Alliance Funding, and Wells Fargo to Turn Over Property of the Estate; and (B) Granting Expedited Determination* (the "**<u>Motion</u>**") [Dkt. No. 5], and the Court's Order dated August 14, 2026 [Dkt. No. 24], that the Debtor is communicating with Wells Fargo regarding the issues in the Motion, and the Debtor, therefore, is not seeking relief under the Motion as to Wells Fargo at this time.

Accordingly, the Debtor hereby withdraws, without prejudice, the remaining relief requested in the Motion as to Wells Fargo. As a result, the continued hearing on the Motion scheduled for August 20, 2026, at 1:00 p.m. is no longer necessary, and the Debtor respectfully requests that the hearing be canceled.

[intentionally left blank]

[1] The last four digits of Maxx Hauling LLC's federal taxpayer identification number are 6292, and its principal place of business is 61 Norwood Farms Road, York, Maine 03909.

Dated: August 19, 2026

Respectfully submitted,

**BERNSTEIN, SHUR, SAWYER & NELSON, P.A.**

*/s/ Adam R. Prescott*
Adam R. Prescott, Esq.
100 Middle Street
PO Box 9729
Portland, Maine 04104
Telephone: (207) 774-1200
Facsimile: (207) 774-1127
aprescott@bernsteinshur.com

*Proposed Counsel to the Debtor and Debtor in Possession*

**CERTIFICATE OF SERVICE**

I certify that the foregoing was filed via the Court's CM/ECF electronic filing system on August 19, 2026, which sent notice to all parties receiving notification through CM/ECF.

Dated: August 19, 2026

Respectfully Submitted,

*/s/ Adam R. Prescott*
Adam R. Prescott, Esq.
100 Middle Street
PO Box 9729, Portland, Maine 04104
Telephone: (207) 774-1200
Facsimile: (207) 774-1127
aprescott@bernsteinshur.com